# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

W. CHRISTOPHER GRIFFITH, PERSONAL REPRESENTATIVE OF THE ESTATES OF KIMBERLY A. GRIFFITH, BRENNA C. GRIFFITH AND MIKAELA E. GRIFFITH AND NICHOLAS SAFLIN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MARY SAFLIN, DECEASED,

        Petitioners

        v.

CITY OF PITTSBURGH, PITTSBURGH WATER AND SEWER AUTHORITY, COUNTY OF ALLEGHENY, ALLEGHENY COUNTY SANITARY AUTHORITY, CHESTER ENGINEERS, INC., PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, COMMONWEALTH OF PENNSYLVANIA, AND CHRYSLER GROUP, LLC,

        Respondents

: No. 167 WAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.